KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
mboroumand@kilpatricktownsend.com
RYAN T. BRICKER (State Bar No. 269100)
rbricker@kilpatricktownsend.com
RISHI GUPTA (State Bar No. 313079)
RGupta@kilpatricktownsend.com
BEATRICE STRNAD (State Bar No. 327791)
BStrnad@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Plaintiffs
SONY INTERACTIVE ENTERTAINMENT LLC and
SONY INTERACTIVE ENTERTAINMENT INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, and SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIZM LABS, INC., a Delaware corporation; BLOK.PARTY, d/b/a PlayTable, a Delaware Corporation; 8HOURS FOUNDATION, and DOES 1-10,<br>Defendants. | Case No. 4:19-cv-5726-HSG<br><br>**STIPULATION TO FINAL JUDGMENT** |

Plaintiffs Sony Interactive Entertainment LLC ("SIE") and Sony Interactive Entertainment Inc. ("SIEI") (collectively referred to as "Plaintiffs" or "Sony") and Defendants Prizm Labs, Inc. ("Prizm"), Blok Party, Inc. ("Blok.Party"), and 8Hours Foundation ("8Hours") (collectively "Defendants") have come to consensus on the parameters for resolution of this case, which includes the attached proposed Consent Judgment and Permanent Injunction, entry of which bears

on the execution of the parties' Settlement Agreement.  Accordingly, the parties, by and through their respective counsel, hereby stipulate to the facts and conclusions contained in the attached Consent Judgment and Permanent Injunction, and consent to its entry by the Court.

**IT IS SO STIPULATED AND CONSENTED.**

DATED:  October 30, 2020         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Mehrnaz Boroumand Smith*
      MEHRNAZ BOROUMAND SMITH

Attorneys for Plaintiffs
SONY INTERACTIVE ENTERTAINMENT LLC and
SONY INTERACTIVE ENTERTAINMENT INC.

DATED:  October 30, 2020         Respectfully submitted,

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: */s/ Lawrence G. Townsend*
      LAWRENCE G. TOWNSEND

Attorneys for Defendants
PRIZM LABS, INC., BLOK PARTY, INC. and
8HOURS FOUNDATION

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Mehrnaz Boroumand Smith, am the ECF user whose ID and password are being used to file this STIPULATION TO FINAL JUDGMENT.  In compliance with Civil Local Rule 5-1 I hereby attest that Lawrence G. Townsend has concurred in this filing.

*/s/ Mehrnaz Boroumand Smith*
MEHRNAZ BOROUMAND SMITH